# IN THE DISTRICT COURT OF THE UNITED STATES FOR THE MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| LAMARCUS MURICE CRENSHAW, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ANGIE BAGGETT, et al., )<br>)<br>Defendants. ) | CIVIL ACTION NO.<br>2:17cv631-MHT<br>(WO) |

## OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit challenging his classification as a restricted offender. This case is before the court on the recommendation of the United States Magistrate Judge that this case be dismissed without prejudice as moot. There are no objections to the recommendation. Upon an independent and de novo review of the record, the court concludes that the recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 26th day of February, 2018.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**